IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                                  23-CR-74-RJA

MICHAEL SZCZEPANIK,

Defendant.

---

### INFORMATION
(Title 18, United States Code, Section 2252A(a)(5)(B))

### COUNT 1

**The United States Attorney Charges That:**

Between in or about December 2021 to January 2022 in the Western District of New York, and elsewhere, the defendant, **MICHAEL SZCZEPANIK**, did knowingly possess material, namely, an NZXT Desktop computer, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of the offense alleged in Count 1 of this Information, the defendant, **MICHAEL SZCZEPANIK**, shall forfeit to the United States of America any property which contains a visual depiction of child pornography, pursuant to Title 18, United States Code, Section 2253(a)(1), and any and all property, real and personal, used or intended to be used to commit or to promote the commission of such offense, pursuant to Title 18, United States Code, Section 2253(a)(3), and all property traceable to such property, including but not limited to the following, seized on or about February 2, 2022, from the defendant's residence:

   a. NZXT Desktop;

   b. Black Computer Tower with S/N: CA-1G9-00M1WN-00LG000343;

   c. Samsung 256 GB Hard Drive S/N: S17LNSAF401851; and

   d. Dell Inspiron 15 Laptop S/N: CN-024DTD-70166-219-0BEG-A00.

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

DATED: Buffalo, New York, August 28, 2023.

TRINI E. ROSS
United States Attorney

BY: _____
FRANZ M. WRIGHT
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5825
Franz.Wright@usdoj.gov

2